No. 1335, Misc. LORENZANA v. WARDEN, RIO PIEDRAS, PUERTO RICO, PENITENTIARY;

No. 1344, Misc. CROSBY v. TAHASH, WARDEN; and

No. 1381, Misc. CARTER v. NELSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1111, Misc. SANDOVAL v. CLARK, ATTORNEY GENERAL, ET AL. Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* for respondents.

No. 1064. UNITED STATES v. CONTAINER CORPORATION OF AMERICA ET AL. Appeal from D. C. M. D. N. C. Probable jurisdiction noted. *Solicitor General Griswold, Assistant Attorney General Turner, Lawrence G. Wallace, Robert A. Hammond III* and *Howard E. Shapiro* for the United States. *Whitney North Seymour* and *William J. Manning* for respondent Container Corporation of America; *Joseph C. Carter, Jr.,* for respondent Albermarle Paper Mfg. Co. et al.; *W. P. Sandridge* and *W. F. Womble* for respondent Carolina Container Co.; *Helmer R. Johnson* for respondent Continental Can Company, Inc.; *Howard T. Milman* for respondent Crown Zellerbach Corp.; *David J. Mays* for respondent Dixie Container Corp. et al.; *Alan W. Boyd* for respondent Inland Container Corp.; *Lawrence E. Walsh* and *Henry L. King* for respondent International Paper Co.; *Fred E. Fuller* for respondent Owens-Illinois Glass Co.; *Richard A. Whiting* for respondent St. Joe Paper Co.; *Horace R. Lamb* for respondent St. Regis Paper Co.; *James H. Epps, Jr.,* for respondent Tri-State Container Corp.; *James R. Whithrow, Jr.,* for respondent Union Bag-Camp Paper Co.; and *E. Nobles Lowe* for respondent West Virginia Pulp & Paper Co.